*White, Jr.,* and *C. P. Des Jardine* for petitioners. *Solicitor General Thacher, Assistant Attorney General Rugg,* and *Messrs. Whitney North Seymour, Henry C. Workman,* and *Bradley B. Gilman* for the United States.

No. 362. DAVIS ET AL. *v.* NORTH CAROLINA. October 24, 1932. Petition for writ of certiorari to the Supreme Court of North Carolina denied. *Messrs. Robert R. Williams, Albert L. Cox,* and *Clyde R. Hoey* for petitioners. *Mr. Dennis G. Brummitt* for respondent.

No. 372. GOETZ *v.* UNITED STATES. October 24, 1932. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Mr. Daniel M. Dever* for petitioner. *Solicitor General Thacher* and *Messrs. Paul D. Miller, Harry S. Ridgely,* and *Erwin N. Griswold* for the United States.

No. 383. REDERI ET AL. *v.* WILLIAM WRIGLEY, JR., & Co. ET AL. October 24, 1932. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. John D. Grace* for petitioners. *Messrs. T. Catesby Jones* and *Henry P. Dart, Jr.,* for respondents.

No. 385. FRISCHER & Co., INC., ET AL. *v.* ELTING. October 24, 1932. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Meyer Kraushaar* for petitioners. *Solicitor General Thacher, Assistant Attorney General St. Lewis,* and